**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| HAMILCAR BARCA IP LLC, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:25-cv-620 [RP] |
| NVIDIA CORP. | **JURY TRIAL DEMANDED** |
| *Defendants*. | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Hamilcar Barca IP LLC ("Hamilcar") and Defendant NVIDIA Corp.

("NVIDIA") (together "the Parties") hereby respectfully request the Court enter the attached

agreed Protective Order.


Dated: October 8, 2025

Respectfully submitted,

By: */s/ Michael E. Jones, with permission for John M. Desmarais*

Michael E. Jones (SBN: 10929400)
Shaun W. Hassett (SBN: 24074372)
**POTTER MINTON, PC**
102 North College, Suite 900
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0846
mikejones@potterminton.com
shaunhassett@potterminton.com


John M. Desmarais (*pro hac vice*)
Tamir Packin (*pro hac vice*)
Steven M. Balcof (*pro hac vice*)
Lee J. Matalon (SBN: 24117858)
Frederick J. Ding (SBN: 5651633)
**DESMARAIS LLP**

230 Park Avenue
New York, NY 10169
Tel: 212-351-3400
Fax: 212-351-3401
jdesmarais@desmaraisllp.com
tpackin@desmaraisllp.com
sbalcof@desmaraisllp.com
lmatalon@desmaraisllp.com
fding@desmaraisllp.com

Eric Speckhard (*pro hac vice*)
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW, Suite 400
Washington, DC 20006
Tel: 202-451-4900
Fax: 212-451-4901
especkhard@desmaraisllp.com

*Attorneys for Defendant NVIDIA Corporation*

By:    */s/ Michael E. Jones, with permission for*
  *Scott W. Breedlove*

E. Leon Carter
lcarter@carterarnett.com
Texas Bar No. 03914300
Scott W. Breedlove
sbreedlove@carterarnett.com
Texas Bar No. 00790361
Omer Salik
osalik@carterarnett.com
Texas Bar No. 24128282
Howard L. Lim
hlim@carterarnett.com
Texas Bar No. 24092701
Nichol John
njohn@carterarnett.com
Texas Bar No. 24133309
**CARTER ARNETT PLLC**
8150 N. Central Expy, 5th Floor
 Dallas, Texas 75206
Telephone No. (214) 550-8188
Facsimile No. (214) 550-8185

*Attorneys for Plaintiff Hamilcar Barca IP LLC*

2

4927-5619-3136, v. 1

3